UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN THE MATTER OF THE SEARCH OF
92 OVERLAKE PARK, APT. 2
BURLINGTON, VERMONT

Case No. 2:19-mj-88

## ORDER

This matter having been presented to the Court by the Government, and the Court having considered the motion, the Court finds that sealing is no longer necessary to protect the integrity of an ongoing investigation. Accordingly it is hereby

ORDERED, that the Motion to Seal Documents, U.S. District Court's docket sheet, Application and Affidavit for Search Warrant, Search Warrant, and this Order are hereby unsealed.

Dated at Burlington, in the District of Vermont, this 17th day of May, 2019.

/s/ John M. Conroy
HONORABLE JOHN M. CONROY
United States Magistrate Judge